

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on January 29, 2021. Before the extended due date, Appellant filed an agreed second motion for extension of time to file the brief until March 1, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on March 1, 2021. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court